| FIRST AMENDED COMPLAINT ||
| Paragraph | False and/or Misleading Statement |
|---|---|
| 1 | This case arises from a "deceitful pattern of behavior by the Florida-based for-profit nursing school, HCI, which deliberately and consistently HARMED its students IN VIOLATION OF FEDERAL AND STATE LAW." |
| 5 | "Neither HCI, nor the loan servicer, Tuition Options, holds the license Florida law requires to offer retail installment contracts. Statute 520.32(1), Fla. Sta.  And such installment contracts lack the protections of federal student loans, such as forbearance, income-driven repayment and public service loan forgiveness." |
| 26.a. | HCI's retail installment contracts are preassigned to be serviced by Tuition Options, a third party processor. |
| 26.b. | Under Florida Law, it is a misdemeanor of the first degree to engage in or transact the business of a retail seller engaging in retail installment transactions without a business license.  Statute 520.32(1), Fla. Stat. |
| 27 | Neither HCI nor Tuition Options is licensed to offer retail installment contracts in the state of Florida. |
| 31 | On information and belief, since at least 2017, Defendants (HCI) have been in a contractual business relationship with Tuition Options for the servicing of retail installment contracts entered into by HCI students. |
| 138 | HCI's retail installment contracts are preassigned to be serviced by Tuition Options, a third party processor. |
| 139 | On information and belief, nearly every student who enrolls in the RN program enters into a retail installment contract with HCI, serviced by Tuition Options. |
| 140 | On information and belief, nearly all of the students who enrolled in the RN Program between September 2019 and the present entered into a retail installment contract with HCI, serviced by Tuition Options. |
| 141 | Upon information and belief, at no time prior to the filing of this lawsuit did either HCI or Tuition Options apply for a license to offer retail installment contracts in Florida. |
| 211 | Defendants offered Ms. Roberson a retail installment agreement, which she signed on May 28, 2020.  The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 160 | Tuition Options was the only option presented to Ms. Roberson for financing her education expenses not covered by her federal student aid. |
| 161 | Attending HCI's RN Program left Ms. Roberson with about $20,000 in loans through Tuition Options as well as at least $20,000 more in federal student loans but no registered nursing license. |
| 163 | HCI is currently refusing to provide Ms. Roberson with a copy of her transcript because of her outstanding Tuition Options balance. |
| 165 | Because of the financial ruin that HCI brought to her life, Ms. Roberson moved back to Ohio to live with her brother to try and improve her financial situation. |
| 166 | The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 167 | Tuition Options was the only option presented to Ms. Freeman for financing her education expenses not covered by federal student aid. |
| 168 | Attending HCI's RN Program left Ms. Freeman with about $12,000 in loans through Tuition Options as well as at least $18,000 more in federal student loans but no registered nursing license. |
| 262 | Defendants offered Ms. Vinas a retail installment agreement, which she signed in early 2021.  The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 263 | Tuition Options was the only option presented to Ms. Vinas for financing her education expenses not covered by federal student aid. |

| | |
|---|---|
| 290 | Ms. Vinas's monthly Tuition Options payments were over $800, far above the amount she was told to expect or that she could reasonably afford. |
| 291 | Ms. Vinas has paid over $8,000 to Defendants through Tuition Options already, but still owes more than $10,000 to Defendants and another $20,000 in federal student loans. |
| 292 | The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 310 | She declined to reenroll because the cost was prohibitive and would have required taking on significant institutional loans through Tuition Options.  She was, therefore, effectively forced to drop out. |
| 311 | Tuition Options was the only option presented to Ms. Freeman for financing her education expenses not covered by federal student aid. |
| 346 | Attending HCI's RN Program cost Ms. Freeman at least $12,000 in out of pocket expenses, paid through a retail installment contract with Tuition Options.  It has also left her with about $20,000 in outstanding federal student loan debt. |
| 354 | Defendants offered Ms. Vinas a retail installment agreement, which she signed in early 2021.  The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 355 | Tuition Options was the only option presented to Ms. Vinas for financing her education expenses not covered by federal student aid. |
| 357 | Ms. Vinas's monthly Tuition Options payments were over $800, far above the amount she was told to expect or that she could reasonably afford. |
| 371 | Ms. Vinas has paid over $8,000 to Defendants through Tuition Options already, but still owes more than $10,000 to Defendants and another $20,000 in federal student loans. |
| 378 | The retail installment contract specified Tuition Options as an assignee and servicer of the agreement. |
| 400 | She declined to reenroll because the cost was prohibitive and would have required taking on significant institutional loans through Tuition Options.  She was, therefore, effectively forced to drop out. |
| 414 | Part of her financing agreement involved a loan through Tuition Options. |
| 415 | Throughout her time at HCI-FTL, Ms. Thompson was also expected to make minimum monthly payments of about $400 on her Tuition Options account.  Ms. Thompson currently owes Tuition Options $11,000. |
| 434 | In addition to charging Ms. Thompson to retake the semester, HCI would not let her retake Nursing II until she paid up her outstanding balance with Tuition Options.  This required her to cash out approximately $18,000 from her 401(k). |
| 442(iii) | A subclass consisting of "all HCI students who enrolled in HCI's RN Programs after September 1, 2019, signed retail installment contracts and were denied advancement in the RN Program and/or had their transcripts or other HCI records withheld or delayed for any period of time as a result of their Tuition Options balance." |