

May 19, 2023

Nicole Mayer, Esq.  
171 Dommerich Drive  
Maitland, FL  32751  
Nicole@MayerLawFlorida.com

Eric Schmidt, Esq.  
Project on Predatory Student Lending  
769 Centre Street, Suite 166  
Jamaica Plain, MA  02130  
eschmidt@ppsl.org

Rebecca Eisenbrey, Esq.  
Project on Predatory Student Lending  
769 Centre Street, Suite 166  
Jamaica Plain, MA  02130  
reisenbrey@ppsl.org

RE:   Roberson, et al. v. Health Career Institute LLC, et al.  
        Case 9:22-cv-81883-RAR (S.D. Fla.)

Dear Counsel:

On December 21, 2022, Tuition Options' legal counsel sent correspondence to you regarding the false and misleading references to Tuition Options in the December 2, 2022, Complaint filed in the above-referenced case (see letter attached).  On February 21, 2023, you filed an Amended Complaint which retained the prior incorrect information and added new false and misleading statements about Tuition Options.  **The information that we provided to you in December 2022 in good faith to resolve what we believed was a sincere misunderstanding of the facts and applicable Florida law were ignored, and you added additional false statements about Tuition Options in the Amended Complaint**.

**Tuition Options is a software provider and third-party loan servicer for school clients - not a sales finance company or a student loan lender.**  Tuition Options should not be referenced in your complaints other than as a third-party loan servicer.  There is no "Tuition Options loan" or "Tuition Options program" - any reference to either is demonstrably false.  There is no correlation between the standard assignment language in the school/lender's retail installment contract ("RIC") and Tuition Options.  The RIC states that the contract "may" be assigned to Tuition Options.  Any attempt to connect the RIC to Tuition Options is untrue and misleading.

**HCI College is the named lender in the retail installment contracts issued under its institutional lending program.  There is no basis for the allegations about or references to Tuition Options in the Original or Amended Complaint other than as a third-party loan servicer**.

**The false and misleading statements in your Original and Amended Complaint have caused and will continue to have the potential to cause injury to Tuition Options.  We gave you an opportunity to correct your false and misleading statements.  You refused and persisted and included the original and additional false and misleading statements regarding Tuition Options.**

Case 9:23-cv-81293-DMM   Document 1-8   Entered on FLSD Docket 09/19/2023   Page 2 of 8



Roberson, et al. v. Health Career Institute LLC, et al.
Case 9:22-cv-81883-RAR (S.D. Fla.)
May 19, 2023
Page 2


**We demand that all statements regarding Tuition Options other than as a third-party servicer to HCI College be removed from the Amended Complaint immediately.**

**If the required corrections are not managed, Tuition Options will exercise all remedies under the law, including pursuing an action under Chapter 770 of the Florida Statutes and will seek reimbursement of legal fees and damages resulting from your false statements about our company.**

By copy of this letter, we are notifying the Florida Attorney General and the Florida Bar of the tactics used in this case.

Sincerely,

*Tamela D. Butler*

Tamela Butler
EVP – Administration & Compliance
(856) 396-6164


Attachment


Cc:   Tim Fitzpatrick, Chairman & CEO, Tuition Options LLC
       Attorney General Ashley Moody, State of Florida
       Gary S. Lesser, Esq., President, The Florida Bar

14000 Horizon Way #400 . Mount Laurel, NJ  08054

Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308-2216

troutman.com

**Sarah T Reise**
sarah.reise@troutman.com

**James Kim**
james.kim@troutman.com

December 21, 2022

Nicole Mayer, Esq.
171 Dommerich Drive.
Maitland, Florida 32751
Nicole@MayerLawFlorida.com

Rebecca Eisenbrey, Esq.
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
reisenbrey@ppsl.org

Eric Schmidt, Esq.
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
eschmidt@ppsl.org

**Re:   Roberson, et al. v. Health Career Institute LLC, et al., Case 9:22-cv-81883-RAR (S.D. Fla.)**

Dear Counsel:

My firm is counsel for Tuition Options, who has been the third-party servicer for certain retail installment contracts originated and owned by Health Career Institute LLC.  We have reviewed the above-referenced class action complaint ("Complaint") wherein Tuition Option is referenced in Paragraphs 20(b) and 118-122 of the Complaint.

Plaintiffs allege that Tuition Options is not properly licensed under Florida law to hold or service the retail installment contracts ("RICs") at issue in the case.  This allegation appears to be based on a misunderstanding of Florida law.  Tuition Options is not a "sales finance company" under Fla. Stat. § 520.31(18) or Fla. Stat. § 520.52.

Nicole Mayer, Esq.
Rebecca Eisenbrey, Esq.
Eric Schmidt, Esq.
December 21, 2022
Page 2



Part III of Chapter 520 governs RICs that don't involve motor vehicles (Part I governs motor vehicle RICs) or home improvement (Part V governs home improvement RICs).  Under Part III, Section 520.31(18) provides that a "sales finance company" means:

> a person engaged in the business of purchasing retail installment contracts from one or more retail sellers. The term includes, but is not limited to, a bank or trust company, if so engaged. ***The term does not include the pledgee of an aggregate number of such contracts to secure a bona fide loan thereon.***

Fla. Stat. § 520.31(18) (emphasis added).  Here, as alleged in the Complaint, HCI pledged certain RICs to Tuition Option as collateral securing a commercial, business-to-business loan.  *See* Complaint, ¶ 121 (Exhibit A).  **The definition of sales finance companies for these RICs expressly excludes companies that hold RICs as collateral for bona fide loans**.  Accordingly, based on the Complaint's allegations, Tuition Options is not a sales finance company, which must hold a Florida license, as a matter of law.

In addition to Tuition Options unambiguously falling outside of relevant Florida law, public records establish that Tuition Options *never* held as collateral the RICs at issue in the Complaint.  **The UCC-1 attached to the Complaint as Exhibit A, the UCC-1 was terminated on *November 9, 2018*, when HCI paid off the commercial loan**.  *See* attached UCC Filing History.

The termination of the UCC-1 and release of the collateral happened two years before any of the named Plaintiffs enrolled in HCI's program.  To the extent the Complaint implies that this commercial loan still exists or that Tuition Options continues to receive RICs from HCI as collateral in connection with the loan, any such implication is inaccurate.

Finally, Tuition Options is a third party servicer for HCI's institutional loan program, wherein HCI is the lender and originator of its own RICs.  Tuition Options merely services the RICs designated by HCI.  For all of these reasons, Tuition Options was never a "sales finance company" as defined by Fla. Stat. § 520.31(18), and, therefore, was not required to be licensed.  *See* Fla. Stat. § 520.52(1).

**Nicole Mayer, Esq.**
**Rebecca Eisenbrey, Esq.**
**Eric Schmidt, Esq.**
December 21, 2022
Page 3



As Tuition Options was not required to be licensed as a "sales finance company" or otherwise under Florida law, we request that Plaintiffs amend their Complaint to remove all mention of Tuition Options.

Once you have had an opportunity to review, please confirm by January 6, 2023 that Plaintiffs will amend their Complaint as requested and when you anticipate filing or requesting leave to file such an amendment.  Please feel free to contact us if you would like to discuss.

Sincerely,

Sarah T Reise
James Kim

STR

Attachments

137630793v2

**FINANCING STATEMENT AMENDMENT FORM**

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
TAMELA BUTLER; 8563966164

Email TAMELA.BUTLER@TUITIONOPTIONS.COM

**B. SEND ACKNOWLEDGEMENT TO:**

**FILED**

2018 Nov 09 12:18 PM

****** 201806988591 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 201701239173

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

**2a. ORGANIZATION'S NAME**
FLORIAN EDUCATION INVESTORS LLC DBA HEALTH CAREER INSTITUTE LLC

**2b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)**

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

**3a. ORGANIZATION'S NAME**
TUITION OPTIONS LLC

**3b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)**

**4.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** ☐ Full or ☐ Partial : Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.
☐ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** - INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names

**8a. ORGANIZATION'S NAME**

**8b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)**

**9. CHANGED (NEW) OR ADDED INFORMATION:** - INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names

**9a. ORGANIZATION'S NAME**

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 9c. MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Releasing collateral back to Florida Education Investors LLC dba Health Care Institute LLC. Balance due to Tuition Options has been paid in full.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
(name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**11a. ORGANIZATION'S NAME**
TUITION OPTIONS LLC

**11b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)**

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.08/2018)　　　Filing Office Copy　　　Approved by the Secretary of State, State of Florida

# FINANCING STATEMENT FORM

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| TAMELA BUTLER; 7039964853 |
| Email TAMELA.BUTLER@TUITIONOPTIONS.COM |

| B. SEND ACKNOWLEDGEMENT TO: |
|---|
| |

**FILED**

2017 May 17 05:08 AM

\*\*\*\*\*\*\* 201701239173 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| FLORIAN EDUCATION INVESTORS LLC DBA HEALTH CAREER INSTITUTE LLC |||||
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 1c. MAILING ADDRESS Line One |||||
| 1764 N. CONGRESS AVENUE | This space not available. ||||
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| SUITE 203 | WEST PALM BEACH | FL | 33409 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| |||||
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 2c. MAILING ADDRESS Line One |||||
| | This space not available. ||||
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| TUITION OPTIONS LLC |||||
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX ||
| 3c. MAILING ADDRESS Line One |||||
| 14000 HORIZON WAY #400 | This space not available. ||||
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | MOUNT LAUREL | NJ | 08054 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Exhibit A attached.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida

# EXHIBIT A

1. Any contract, promissory note, instrument, document, and/or other agreement evidencing, or securing or guaranteeing repayment of, any loan made by Debtor to any student or former student of Debtor which is funded and/or serviced by the Secured Party, including but not limited to: (1) those loans originated by Debtor and listed on the Account Detail Report maintained by the Secured Party for the Collateral, as the same may be amended, modified or updated from time to time (a copy of which is available upon request from the Secured Party) and (2) all retail installment contracts, education loan promissory notes and guaranty agreements (collectively, "Pledged Student Loan Documents").

2. All Collections.

3. Any and all of the property at any time delivered, pledged, assigned or transferred by the Debtor to the Secured Party, and any other property of every kind or description of the Debtor, now or hereafter, in the possession or control of, or in transit to, the Secured Party or any agent, bailee or custodian for the Secured Party.

4. All present and future rights, claims, demands and causes of action in respect of any or all of the foregoing and all revenues or other payments on or under and all proceeds of every kind and nature whatsoever in respect of any or all of the foregoing, including all proceeds of the conversion, voluntary or involuntary, into cash or other liquid property, and all rights to payment of any and every kind and other forms of obligations and receivables, instruments and other property which at any time constitute all or part of or are included in the products and proceeds of any of the foregoing.

Capitalized terms used above and not defined above are defined as follows:
"Collections" means, with respect to any Receivable, all funds which are received on behalf of the related Obligor in payment of any amounts owed (including, without limitation, finance charges, interest, administration fees, and all other charges) in respect of such Receivable, or applied to such amounts owed by such Obligor.

"Obligor" means a person or entity obligated to make payments with respect to a Receivable or any person or entity providing a Guaranty with respect to such Receivable.

"Receivable" means any right to payment from a person or entity, whether constituting an account, chattel paper, instrument or a general intangible, arising under or pursuant to any Pledged Student Loan Document, and includes the right to payment of any interest or finance charges and other obligations of such person or entity with respect thereto.