UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-CV-81293-MIDDLEBROOKS/MATTHEWMAN

TUITION OPTIONS, LLC,

    Plaintiffs,

v.

PROJECT ON PREDATORY STUDENT LENDING, INC. a Massachusetts Non-Profit Corporation, and MAYER LAW PLLC, a Florida Limited Liability Company,

    Defendants.

_____/

## NOTICE OF MEDIATOR SELECTION

Pursuant to this Court's Pretrial Scheduling Order and Order Referring Case to Mediation entered on October 27, 2023, the Parties provide notice of their agreement of the selection of Gary Larsen as the mediator in this matter.

Dated: November 10, 2023

                              Respectfully submitted,

                              TACHE, BRONIS AND DESCALZO, P.A.
                              150 S.E. 2 Avenue, Suite 600
                              Miami, Florida 33131
                              Telephone:   (305) 537-9565
                              Facsimile:    (305) 537-9567

                              By: */s/ Walter J. Taché*_____
                                      **Marissel Descalzo, Esq.**
                                      Florida Bar. No. 669318
                                      mdescalzo@tachebronis.com
                                      service@tachebronis.com
                                      **Walter J. Taché, Esq.**
                                      Florida Bar. No. 028850
                                      wtache@tachebronis.com

service@tachebronis.com

*Counsel for Tuition Options, LLC*____

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 10th day of November, 2023, the foregoing was electronically transmitted via the Courts CM/ECF Platform.

By: */s/ Walter J. Taché*_____
**Walter J. Taché, Esq.**