UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-81293-CV-MIDDLEBROOKS

TUITION OPTIONS, LLC,
*a Delaware Limited Liability Company*,

    Plaintiff,

v.

PROJECT ON PREDATORY STUDENT LENDING, INC., *a Massachusetts Nonprofit Corporation*, and MAYER LAW PLLC, *a Florida Limited Liability Company*,

    Defendant.
_____/

## ORDER ON MOTION TO STAY

THIS CAUSE comes before the court upon Defendants Project on Predatory Student Lending and Mayer Law's Motion to Stay Discovery. (DE 34). Plaintiff has responded to the Motion, and Defendant has replied. (DE 31, DE 34). For the following reasons, the Motion is granted.

This matter is a defamation case. Plaintiff initiated this case on November 19, 2023. (DE 1). Defendants have filed a class action on behalf of a group of nursing students in the Southern District of Florida. Within that case, Defendants allege that the nursing school offers an institutional loan program under which students can enter into retail installment contracts with their school as the named lender. Plaintiff in this case is a third-party student loan servicer that services institutional loans originated by the school. Within the class action lawsuit, Defendants alleged that Plaintiff, who is not a party to the lawsuit, was engaging in predatory lending practices for or with the school and is unlicensed to engage in retail installment transactions. Plaintiff claims

that such references are categorically false, and, as a result of such claims, it has suffered reputational harm and has become subject to higher regulatory scrutiny. Both Defendants have moved to dismiss the Complaint for failure to state a claim for failure to state a claim upon which relief can be granted. (DE 19, DE 20). Both Defendants raise the affirmative defense that is recognized by Florida law of the absolute privilege afforded to statements made in litigation pleadings.

In support of its present Motion, the Defendants point to the fact that the Motions to Dismiss are meritorious and case dispositive, and that staying discovery will help avoid the expense of discovery that will be mooted if this case is dismissed. They further cite the fact that discovery will include complicated privilege procedures, as Plaintiff looks to produce Defendants' work product.

District courts can grant a discovery stay as part of their broad discretion in managing pretrial discovery matters. *See Rivas v. The Bank of New York Mellon,* 676 F. App'x 926, 932 (11th Cir. 2017). In determining whether a stay of discovery pending a motion to dismiss is appropriate, "the court must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery." *Point Conversions, LLC v. Lopane*, No. 20-CIV-61549, 2020 WL 6700236, at *2 (S.D. Fla. Oct. 29, 2020); *see also James v. Hunt*, 761 Fed.Appx. 975, 981 (11th Cir. 2018) (upholding the district court's stay of discovery especially when plaintiff's claims "would have substantially enlarged the scope of discovery" and when the claims "were largely unpersuasive"). This requires that I take a "preliminary peek" at the merits of the motion to dismiss. *Point Conversations*, 2020 WL 6700236 at *2.

I have reviewed the Complaint, both Motions to Dismiss, Plaintiff's Response, and Defendants' Reply. Based upon my preliminary evaluation, it appears that Defendants have properly raised a meritorious affirmative defense to the claims in Plaintiff's Complaint. Of course, I intend to examine the issues and applicable law more closely later. But at this point, I think that the arguments raised by Defendants warrant a stay of discovery until the Motion to Dismiss is decided.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Stay (DE 27) is **GRANTED.**

2. Discovery is stayed in this matter until I decide the merits of Defendants' Motions to Dismiss (DE 19, DE 20).

**SIGNED** in Chambers in West Palm Beach, Florida, this ___7___ day of December, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record