UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. Case 9:23-CV-81293-DMM

TUITION OPTIONS, LLC, a Delaware
Limited Liability Company,

    Plaintiff,

v.

PROJECT ON PREDATORY STUDENT
LENDING, INC. a Massachusetts Non-Profit
Corporation, and MAYER LAW PLLC, a Florida
Limited Liability Company,

    Defendants.
_____/

**TUITION OPTIONS' UNOPPOSED MOTION FOR CLARIFICATION
AND/OR MODIFICATION OF ORDER STAYING DISCOVERY**

Tuition Options, LLC ("Tuition Options"), by and through undersigned counsel, moves for clarification or modification of this Court's Order Staying Discovery. [DE:35] Because the Court's Order Staying discovery doesn't explicitly deal with disclosures mandated by the Rules of Civil procedure, such as expert witness disclosures and expert reports, Tuition Options seeks clarification. Because Tuition Options has been precluded from taking discovery by this Court's Order Staying Discovery, Tuition Options alternatively seeks modification of the Order Staying Discovery to stay its disclosure obligations while this Court addresses Defendants' Motions to Dismiss, and enter an appropriate deadline thereafter. Defendants do not oppose the relief requested.

## **MEMORANDUM OF LAW**

District courts can grant a discovery stay as part of their broad discretion in managing pretrial discovery matters. *See Rivas v. The Bank of New York Mellon,* 676 F. App'x 926,932 (11th Cir. 2017). On December 7, 2023, this Court entered an Order granting Defendants' Motion to Stay Discovery pending resolution of Defendants' Motion to Dismiss.

Under this Court's Scheduling Order [DE:16], Plaintiff's expert witness disclosures are due January 11, 2024. While Tuition Options understands expert disclosures to constitute discovery, a technically reading of Rule 26 distinguishes between "disclosures" and "discovery." Accordingly, Tuition Options seeks to confirm that the Order Staying Discovery extends to disclosures required by the Rule 26, such as expert disclosures and expert reports.

The extension of the stay to expert disclosures and reports under Rule 26 is necessary, because the parties have been unable to engage in discovery. However, because Fed. R. Civ. P. 26 requires the parties make certain disclosures automatically, such as individuals the disclosing party may use to support its claims or defenses, Tuition Options seeks confirmation that this Court's Order Staying Discovery applies to the expert disclosure deadline, or alternatively, extend the deadline to disclose expert witnesses until an appropriate period following resolution of Defendants' Motions to Dismiss.

Undersigned counsel conferred with counsel for Defendants, who do not oppose this Motion.

WHEREFORE, based on the foregoing, Tuition Options respectfully requests this Court grant its Motion for Clarification on the Order Staying Discovery or alternatively extend the stay to an appropriate period following resolution of Defendants' Motions to Dismiss.

Dated: January 11, 2024

Respectfully submitted,

T<span>ACHE</span>, B<span>RONIS</span> & D<span>ESCALZO</span>, P.A.
150 SE Second Avenue, Suite 600
Miami, Florida 33131
T: 305-537-9565
F: 305-537-9567

/s/ *Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 669318
mdescalzo@tachebronis.com
**Walter J. Tache, Esq.**
Florida Bar No. 028850
wtache@tachebronis.com
service@tachebronis.com
*Counsel for Plaintiff*
*Tuition Options, LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that on January 11, 2024, the foregoing document was filed via CM/ECF which will serve all counsel of record.

/s/ *Marissel Descalzo*
**Marissel Descalzo, Esq.**

## CERTIFICATE OF CONFERRAL

I CERTIFY that undersigned counsel conferred with counsel for Defendants, who do not oppose the relief requested.

/s/ *Marissel Descalzo*
**Marissel Descalzo, Esq.**